UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

TRAFFIC SPORTS USA,

        Plaintiff,

 -against-

ANGELS LOUNGE & NIGHT CLUB LLC
d/b/a ANGELS LOUNGE & NIGHT CLUB

        Defendant.

------------------------------------------------------------------- X

11-CV-643(ARR)(RML)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

  The court has received the Report and Recommendation on the instant case dated October 14, 2011, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

  Therefore, plaintiff is awarded $13,188.00 in damages and $470.00 in costs. The Clerk of Court is instructed to enter judgment accordingly. Plaintiff's counsel is directed to serve a copy of this order on defendant.

1

SO ORDERED.                                  /s/(ARR)

                                                                       Allyne R. Ross
                                                                       United States District Judge

Dated: November 23, 2011
       Brooklyn, New York

SERVICE LIST:

**Defendants:**

Angels Lounge & Night Club LLC
990 Broadway
Brooklyn, NY 11221

Leonard L Fein
c/o Leonard L. Fein
911 East 18th Street
Brooklyn, NY 11230